

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

April 3, 2023

**BY ECF**
Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Walker v. Keurig Dr Pepper Inc.,* **No. 2:22-cv-05557**
        **Joint Request for Scheduling Order**

Dear Chief Judge Brodie:

On behalf of Plaintiff Timothy Walker and Defendant Keurig Dr Pepper Inc., we write to jointly request that the Court extend Defendant's deadline to answer, move or otherwise respond to the Amended Complaint in the above-referenced action (currently April 7, 2023), until and including May 31, 2023.

The Amended Complaint, filed January 17, 2023 (ECF No. 10) expanded the scope of this litigation to involve new products that were not previously at issue. The Parties are working to narrow the scope of the new claims, and with more time, believe that they may be able to reduce unnecessary burdens on the parties and the Court. The Parties believe, subject to Court approval, that an extension of Defendant's response deadline until May 31, 2023 will provide ample time for the parties to attempt to streamline Defendant's anticipated motion to dismiss and/or narrow the scope of discovery in this action.

This is the fourth request for adjournment in this matter, and the second request with respect to the recently-filed Amended Complaint.  Defendant previously requested a 30-day extension of its response deadline to the original Complaint, which the Court granted by electronic order dated October 13, 2022.  The Parties then requested an adjournment of that deadline so that Plaintiff could file the Amended Complaint, which the Court granted by electronic order dated November 15, 2022. On January 27, 2023, the Parties jointly requested an extension of Defendant's response deadline to the Amended Complaint, which the Court granted that same day. All parties consent to and jointly request the relief sought herein.

Respectfully submitted,

/s/ Jason P Sultzer_____          /s/ James G. McGovern_____
Jason P. Sultzer                            James G. McGovern
The Sulzer Law Group, P.C.                  Hogan Lovells US LLP
85 Civic Center Plaza, Suite 200            390 Madison Avenue
Poughkeepsie, NY 12601                      New York, NY 10017
Tel: (845) 483-7100                         Tel: (212) 918-3000
Fax: (888) 749-7747                         Fax: (212) 918-3100
sultzerj@thesulzerlawgroup.com              james.mcgovern@hoganlovells.com
*Counsel for Plaintiff*                     *Counsel for Defendant*

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center: Berlin. For more information see www.hoganlovells.com