

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

November 6, 2023

**By ECF & Electronic Mail**

Jason P. Sultzer
The Sulzer Law Group, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
sultzerj@thesultzerlawgroup.com

Re:   <u>Walker v. Keurig Dr Pepper Inc.</u>**, No. 2:22-cv-05557**

Dear Jason:

On behalf of Defendant Keurig Dr Pepper Inc. ("KDP"), and in accordance with the Court's Order entering the parties' agreed briefing schedule on KDP's Motion to Dismiss (ECF No. 14) and Rule 3(D) of Judge Brodie's Individual Practice Rules, enclosed please find copies of:

(1) KDP's Notice of Motion to Dismiss Plaintiff's Amended Class Action Complaint; and

(2) KDP's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Class Action Complaint, supporting Declarations, and exhibits.

All motions papers will be filed with the Court upon completion of the briefing of the motion to dismiss, in accordance with the Court's Order and Rule 3(D) of Judge Brodie's Individual Practice Rules.

Respectfully,

*/s/ Pieter Van Tol*

**Pieter Van Tol**
Partner


cc: Hon. Margo K. Brodie (*via ECF*)
   All counsel of record (*via ECF*)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com