## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG DR PEPPER INC.,<br><br>Defendant. | Case No. 2:22-cv-05557-MKB-SIL<br><br>Hon. MARGO K. BRODIE<br><br>**DEFENDANT KEURIG DR PEPPER INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that upon Keurig Dr Pepper Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Amended Class Action Complaint, and all prior pleadings and proceedings heretofore had herein, Defendant Keurig Dr Pepper Inc. ("KDP") hereby moves this Court, before the Honorable Margo K. Brodie, at the Eastern District of New York Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6) dismissing with prejudice all claims in the Amended Class Action Complaint of Plaintiff Timothy Walker for failure to state a cause of action, lack of standing, and lack of personal jurisdiction, and granting KDP such other, further and different relief as the Court deems just and proper.

[*signature page follows*]

Dated: November 6, 2023

                            Respectfully submitted,

                    By: */s/ Pieter Van Tol*

                          Pieter Van Tol
                          **HOGAN LOVELLS US LLP**
                          390 Madison Avenue
                          New York, NY 10017
                          Telephone: +1 212 909 0661
                          Facsimile: +1 212 918 3100
                          pieter.vantol@hoganlovells.com

                          Lauren S. Colton (*Pro Hac Vice*)
                          Marc A. Marinaccio (*Pro Hac Vice*)
                          **HOGAN LOVELLS US LLP**
                          100 International Drive, Suite 2000
                          Baltimore, MD 21202
                          Telephone: +1 410 659 2700
                          Facsimile: +1 410 659 2701
                          lauren.colton@hoganlovells.com
                          marc.marinaccio@hoganlovells.com

                          ***Attorneys for Defendant KEURIG DR PEPPER INC.***